UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTOINE DESHAWN ODOM,

        Plaintiff,

                                  Case No. 13-14047

v.

                                  Honorable Patrick J. Duggan

WARREN EVANS,

        Defendant.
_____/

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STAY AND MOTION FOR EXTENSION OF TIME

On September 20, 2013, Plaintiff Antoine Deshawn Odom ("Plaintiff"), a state prisoner at Marquette Branch Prison in Marquette, Michigan, filed a *pro se* civil rights complaint against Wayne County Sheriff Warren Evans. Plaintiff applied for and was granted leave to proceed without prepayment of the filing fee. This Court issued an order summarily dismissing the Complaint without prejudice on October 15, 2013, concluding that it is barred by *Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364 (1994). (ECF No. 5.) Presently before the Court are Plaintiff's motions to stay and for extension of time, filed October 28, 2013.

In his pending motion to stay, Plaintiff indicates that he "may have to file a motion to alter [and] amend the claim" and add defendants. (ECF No. 8.) It is not clear what Plaintiff is seeking in his motion for an extension of time. In any event,

the Court already has dismissed Plaintiff's Complaint and closed this case. Therefore, his motions are moot. To the extent Plaintiff seeks to assert other claims against other defendants, he may file a new lawsuit.

Accordingly,

**IT IS ORDERED**, that Plaintiff's Motion for Extension of Time and Motion to Stay are **DENIED AS MOOT**.

Dated: November 4, 2013          s/PATRICK J. DUGGAN
                                 UNITED STATES DISTRICT JUDGE

Copy to:
Antoine Deshawn Odom, #228931
Marquette Branch Prison
1960 U.S. Hwy. 41 South
Marquette, MI  49855